UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 11 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **12CR 714** |
| v. | ) | |
| LAWRENCE E. MINAS | ) ) | Violations: Title 29, United States Code, Section 501(c) |

JUDGE LEFKOW
MAGISTRATE JUDGE FINNEGAN

The ACTING UNITED STATES ATTORNEY charges:

Beginning no later than in or about September 2007, and continuing until no later than in or about April 2009, at Oak Forest, in the Northern District of Illinois, Eastern Division, and elsewhere,

LAWRENCE E. MINAS,

defendant herein, while an officer of the United Transportation Union General Committee of Adjustment 449 (hereinafter "GCA 449"), a labor organization engaged in an industry affecting interstate commerce as defined by Sections 402(i) and 402(j) of Title 29, United States Code, did embezzle and unlawfully and willfully abstract and convert to his own use approximately $71,160 of the money and funds of GCA 449;

In violation of Title 29, United States Code, Section 501(c).

*Gary S. Shapiro by [signature]*
ACTING UNITED STATES ATTORNEY